```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03833
    FREDERIC T EHRINGER
    JENNIFER L EHRINGER                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-5176      SSN XXX-XX-3038
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/20/08 and confirmed on 05/07/08.

    2.  The case was converted to Chapter 7 after confirmation, 09/25/2008.

    3.  The Debtor paid a total of $  2825.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 25731.47 | 144.16 | 1384.40 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | .69 | 52.59 |
| ACCOUNT SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EAGLE OUTFITTER | UNSECURED | NOT FILED | .00 | .00 |
| AOL LONG DISTANCE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEMORIAL MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE NEONATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS WOMEN CTR FOR HE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| FOCUS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS CLINICAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
HSBC                          UNSECURED       NOT FILED               .00            .00
IKEA RETAIL SERVICES          UNSECURED       NOT FILED               .00            .00
STERLING JEWELERS             UNSECURED       NOT FILED               .00            .00
LABORATORY & PATHOLOGY D      UNSECURED       NOT FILED               .00            .00
MACYS                         UNSECURED       NOT FILED               .00            .00
MEDICAL BUSINESS BUREAU       UNSECURED       NOT FILED               .00            .00
MERRICK BANK                  UNSECURED       NOT FILED               .00            .00
MRS ASSOCIATES                UNSECURED       NOT FILED               .00            .00
NICOR GAS                     UNSECURED       NOT FILED               .00            .00
PAUL CAPRIOTTI MC             UNSECURED       NOT FILED               .00            .00
PFG OF MINNESOTA              UNSECURED       NOT FILED               .00            .00
QUEST DIAGNOSTICS             UNSECURED       NOT FILED               .00            .00
RECEIVABLES PERFORMANCE       UNSECURED       NOT FILED               .00            .00
SEARS BKRUPTCY RCVRY MGM      UNSECURED       NOT FILED               .00            .00
SHELL CREDIT CARD             UNSECURED       NOT FILED               .00            .00
UNITED RECOVERY SYSTEMS       UNSECURED       NOT FILED               .00            .00
ROMEOVILLE HIGH SCHOOL        UNSECURED       NOT FILED               .00            .00
WASHINGTON MUTUAL CARD S      UNSECURED       NOT FILED               .00            .00
WFNNB/HARLEM FURNITURE        UNSECURED       NOT FILED               .00            .00
WFNNB/HARLEM FURNITURE        UNSECURED       NOT FILED               .00            .00
ZALES CREDIT PLAN             UNSECURED       NOT FILED               .00            .00
DELL FINANCIAL SERVICES       UNSECURED         2946.28               .00            .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED  25931.47          .00       2946.28          .00      28877.75
PRINCIPAL PAID       1436.99          .00            .00          .00       1436.99
INTEREST PAID         144.85          .00            .00          .00        144.85
TOTAL PAID           1581.84          .00            .00          .00       1581.84
```

The Debtor's attorney, KONSTANTINE T SPARAGIS       , was allowed $   3500.00
and was paid $    771.00  direct and $   1079.30  through the plan.

The Trustee received $    163.86 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 08 B 03833 FREDERIC T EHRINGER & JENNIFER L EHRINGER
```